Order issued October /7 , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00836-CV

**JOHN REEDER, Appellant**

**V.**

**BILLIE BREWER CURRY, INDIVIDUALLY AND
AS SUCCESSOR TO W.C. BREWER, DECEASED, ET AL., Appellees**

## ORDER

We **GRANT** appellant's October 1, 2012 motion for an extension of time to file a brief.

Appellant shall file his brief on or before November 5, 2012. We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE